# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Donald W. Moon,  <br>    Plaintiff,  <br>vs.  <br>Clark County Detention Center, et al.,  <br>    Defendants. | Case No. 2:14-cv-01468-JAD-VCF  <br><br>**ORDER RE: LETTER COMMUNICATIONS WITH THE COURT** |

Plaintiff Donald W. Moon has submitted a letter addressed to the judge and received on October 8, 2014.  Doc. 3.  The letter requests, among other things, "the help of this court and counsel." *Id*.

Plaintiff is hereby cautioned that requests for relief or for the court to take action must be styled as a motion that complies with the Rules of this Court, not contained in a letter mailed to the judge. *See* Fed. R. Civ. Proc. 7(b)(1) ("A request for a court order must be made by motion.").  The motion must be properly formatted with the case caption, *see* Fed. R. Civ. Proc. 7(b)(2), filed with the Clerk of the Court, and properly served on the opposing parties.  Plaintiff is not relieved of the obligations to comply with the rules of this court merely because he is representing himself in this litigation in a *pro se* capacity. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants."); *see also Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) ("Although we construe pleadings liberally in their favor, pro se litigants are bound by the rules of procedure."); *Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986) ("[P]ro se litigants in the ordinary civil case should not be treated more favorably than parties with attorneys of record.").  Letters to the judge will be disregarded; no relief will be granted in response to the plaintiff's October 8, 2014, letter or any future request submitted in letter form.  Accordingly, plaintiff is instructed that, if he desires the court to take action and can state a legal basis for the

1 | court to grant such relief, he must make that request in a properly formatted motion with proof of
2 | service on the opposing parties.
3 |     DATED: October 16, 2014

                                                 JENNIFER A. DORSEY
                                                 United States District Judge