ADAM PAUL LAXALT
Nevada Attorney General
ERIC N. TRAN
Deputy Attorney General
Nevada Bar No. 11876
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
Telephone: (702) 486-2625
Facsimile: (702) 486-3773
Email: etran@ag.nv.gov

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD W. MOON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:14-cv-01468-JAD-VCF<br><br>**MOTION TO VACATE THE JUNE 5, 2015 EARLY MEDIATION CONFERENCE** |

On April 23, 2015, this Court issued an Order setting a mediation conference for June 5, 2015 at 1:00 p.m. Dkt. # 23. The Order stated that the Attorney General's Office will make the necessary arrangement for Plaintiff Donald Moon to appear by video conference. *Id.*

Plaintiff is currently in Florida under the custody of the Broward County Sherriff's to resolve a pending matter in a Florida court. *See* Dkt. # 12. In Plaintiff's February 14, 2015 letter to the Court, Plaintiff stated that does not know when he will be returning to High Desert State Prison in Nevada.  Plaintiff also stated that he is represented by attorney Nisha Bacchus in his

Florida matter. On May 20, 2015, the undersigned counsel contacted Ms. Bacchus. Ms. Bacchus confirmed that she represents Plaintiff in his Florida matter. Ms. Bacchus stated that she does not know when Plaintiff will return to High Desert State Prison but that Plaintiff will likely not return by June 5, 2015. As such, because it does not appear that Plaintiff will return to High Desert State Prison by June 5, 2015, Defendants request that this Court vacate the June 5, 2015, mediation conference. Defendants request that this Court reschedule the mediation conference to a date after Plaintiff returns to High Desert State Prison. Defendants will inform this Court when Plaintiff returns to High Desert State Prison.

DATED this 20th day of May, 2015.

Respectfully submitted,

ADAM PAUL LAXALT
Nevada Attorney General

By: /s/ Eric N. Tran
ERIC N. TRAN
Deputy Attorney General
Nevada Bar No. 11876

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-21-2015

IT IS FURTHER ORDERED that Defendants Naphcare, Inc. and LVMPD's Motion to Appear telephonically (#28) is DENIED as MOOT.

The Attorney General's Office is directed to inform the court when Plaintiff returns to Nevada.

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Office of the Attorney General and that on the 20th day of May, 2015, I served the foregoing, **MOTION TO VACATE THE JUNE 5, 2015 EARLY MEDIATION CONFERENCE**, by causing a true and correct copy thereof to be filed with the Clerk of the Court using the electronic filing system and by causing a true and correct copy thereof to be delivered to the Department of General Services, for mailing at Las Vegas, Nevada, addressed to the following:

Donald W. Moon, #501500636
Broward County Sheriff's Office
1351 NW 27th Avenue
Pompano Beach, Florida  33069
*Plaintiff, Pro Se*

/s/   Mary J. Pizzariello
MARY J. PIZZARIELLO, an employee of:
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL