**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD W. MOON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLARK COUNTY DETENTION CENTER et al.,<br><br>　　　　Defendants. | 2:14-cv-1468-JAD-VCF<br><br>**ORDER** |

**I.　DISCUSSION**

On April 9, 2015, this Court issued an amended screening order and stayed the case for 90 days to give the parties an opportunity meet with a court-appointed mediator. (ECF No. 20, 23, 36). On July 10, 2015, Defendants filed a motion for an extension of time to file their status report. (ECF No. 43). Defendants seek to file their status report on or before August 24, 2015 because the Inmate Early Mediation Conference is scheduled for August 14, 2015. (*Id.* at 1-2).

The Court grants the motion for an extension of time. Defendants shall file their status report on or before August 24, 2015.

///
///
///
///
///
///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 43) is granted.  Defendants shall file their status report on or before August 24, 2015.

DATED: This 13th day of July, 2015.

_____
United States Magistrate Judge