# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DAVID W. MOON, | |
| Plaintiff, | 2:14-cv-01468-JAD-VCF |
| vs. | **ORDER** |
| CLARK COUNTY DETENTION CENTER, *et al.*, | |
| Defendants. | |

Before the court is Defendants Naphcare, Inc. and Las Vegas Metropolitan Police Department's Motion for Leave for the Telephonic Participation of the Insurance Adjuster and Client Contact at the Scheduled Mediation Conference of August 14, 2015. (#37).

Defendants seek telephonic participation at the Inmate Mediation Evaluation Conference for the insurance adjuster and the client contact at NaphCare. *Id.* Defendants state that personal appearance of the insurance adjuster and of the client contact at NaphCare result in hardship in adjusting schedules. *Id.*

The court finds that Defendants have given sufficient reason to grant the Motion for Leave for the Telephonic Participation (#37).

Accordingly,

IT IS HEREBY ORDERED that Defendants NaphCare, Inc. and Las Vegas Metropolitan Police Department's Motion for Leave for the Telephonic Participation of the Insurance Adjuster and Client Contact at the Scheduled Mediation Conference of August 14, 2015 (#37) is GRANTED. The insurance adjuster and the client contact at NaphCare must be available by telephone for the entire duration of the Inmate Mediation Evaluation Conference scheduled for August 14, 2015 at 9:00 a.m. PDT  Defendants'

counsel must be present in person at the mediation.  All else as stated in the Order scheduling the Inmate Mediation Conference (#36) remains the same.

DATED this 22nd day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE