ALVERSON, TAYLOR, MORTENSEN & SANDERS
SEETAL TEJURA, ESQ. (#008284)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants,*
*NaphCare, Inc. and the Las Vegas Metropolitan*
*Police Department*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

~*~

| | |
|---|---|
| DONALD W. MOON | Case No. 2:14-cv-1468-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS DEFENDANTS NAPHCARE, INC. AND THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT, WITH PREJUDICE** |
| vs. | |
| CLARK COUNTY DETENTION CENTER, et al | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this litigation, that Defendants NaphCare, Inc. and the Las Vegas Metropolitan Police Department, be dismissed, with prejudice, with the parties to each bear their own fees and costs with respect to

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

-1-

22685-ST
s&o dismiss

the claims that are being dismissed.

DATED this 13 day of September, 2015.　　DATED this 16th day of September, 2015.

DONALD W. MOON　　　　　　　　　　ALVERSON, TAYLOR, MORTENSEN
　　　　　　　　　　　　　　　　　　　　& SANDERS

By _/s/ Donald Moon_　　　　　　　　　　By _/s/ Seetal Tejura_
DONALD W. MOON　　　　　　　　　　　SEETAL TEJURA, ESQ. (#008284)
(NDOC ID #1116666)　　　　　　　　　　7401 W. Charleston Boulevard
c/o Southern Desert Correctional　　　　　　Las Vegas, Nevada 89117
Facility　　　　　　　　　　　　　　　　*Attorneys for Defendant*
P O Box 208　　　　　　　　　　　　　*NAPHCARE, INC.*
Indian Springs, Nevada 89070-0208
*Plaintiff in Proper Person*


DATED this 24 day of September, 2015.

OFFICE OF THE ATTORNEY GENERAL

By _/s/ Eric Tran_
ERIC TRAN, ESQ. (#11876)
Deputy Attorney General
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Suite 3900
Las Vegas, Nevada 89101
*Attorneys for the participating
"NDOC Defendants"*

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that all claims against defendants Naphcare, Inc. and the Las Vegas Metropolitan Police Department are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 28, 2015

22685-ST